RICHARD J. VAZNAUGH (SBN 173249)
LAW OFFICE OF RICHARD J. VAZNAUGH
600 Harrison Street, Suite 120
San Francisco, California 94107
Tel: (415) 593-0076
Fax: (415) 593-0093
Richvaz@mindspring.com

Attorney for Plaintiff
XITAN LIU

MELINDA S. RIECHERT, State Bar No. 65504
SHANNON THORNE, State Bar No. 215609
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
mriechert@morganlewis.com

Attorneys for Defendant
YOH SCIENTIFIC

**FILED**

AUG - 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XITAN LIU,<br><br>             Plaintiff,<br><br>     vs.<br><br>YOH SCIENTIFIC,<br><br>             Defendant. | Case No.: C-05-01178 MHP<br><br>**STIPULATION AND ORDER [PROPOSED] ENLARGING TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**Civ. Local Rules 6-2; 7-12** |

WHEREAS Mr. Liu recently retained Richard Vaznaugh, Esq. as counsel and additional time is needed for case review, analysis, amendment to pleadings, and obtaining service and responses from potential new Defendants; and

WHEREAS Mr. Vaznaugh has filed a declaration pursuant to Civ. Local Rule 6-2 concurrently with this stipulation;

WHEREAS, the parties have stipulated to enlargement of time for the Case Management

JUL 28 2005 12:  650 8434001 TO 15065#0258650110 P.03
Case 3:05-cv-01178-MHP   Document 13   Filed 08/03/05   Page 2 of 2

1. Conference and related case management deadlines;
2. THEREFORE the parties respectfully request that the Court approve this stipulation and
3. order new case management dates as follows:

| | |
|---|---|
| Last Date to meet and confer re Initial Disclosures, early settlement, ADR process selection and discovery plan. | November 4, 2005 |
| Last date to complete initial disclosures or state objections in Rule 26(f) report; file/serve case management statement and file/serve Rule 26(f) report. | November 18, 2005 |
| Case Management Conference | November 28, 2005 @ 4:00 p.m. |

The parties also request that all current case management dates including the current case management conference set for August 22, 2005 be vacated from the Court's calendar.

SO STIPULATED:

Dated: _____

/s/
Richard Vaznaugh, Esq.
Law Office of Richard Vaznaugh
Attorney for Plaintiff
Xitan Liu

Dated: 7/28/05

Shannon Thorne, Esq.
Morgan, Lewis & Bockius LLP
Attorneys for Defendant
H.L. Yoh Company LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 8/2/05

The Honorable Marilyn Hall Patel
United States District Court Judge

1-PA/3553316.1                             2                STIPULATION AND ORDER [PROPOSED]
                                                            ENLARGING TIME -- C-05-01178 MHP