RICHARD J. VAZNAUGH (SBN 173249)
LAW OFFICE OF RICHARD J. VAZNAUGH
600 Harrison Street, Suite 120
San Francisco, California 94107
Tel: (415) 593-0076
Fax: (415) 593-0093
Richvaz@mindspring.com

Attorney for Plaintiff
XITAN LIU

MELINDA S. RIECHERT, State Bar No. 65504
SHANNON THORNE, State Bar No. 215609
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
mriechert@morganlewis.com

Attorneys for Defendant
YOH SCIENTIFIC

FILED
SEP 2 0 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XITAN LIU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>YOH SCIENTIFIC,<br><br>　　　　Defendant. | Case No.: C-05-01178 MHP<br><br>STIPULATION AND ORDER [PROPOSED] ALLOWING FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT |

　　　　WHEREAS Plaintiff LIU recently retained Richard Vaznaugh, Esq. as counsel; and,

　　　　WHEREAS The Law Office of Richard Vaznaugh has prepared a First Amended Complaint on Mr. Liu's behalf and proposed that Defendant YOH SCIENTIFIC stipulate that the First Amended Complaint may be filed without a motion; and,

　　　　WHEREAS Defendant YOH SCIENTIFIC has agreed to the filing of Plaintiff LIU's First Amended Complaint. Defendant YOH SCIENTIFIC is the only named Defendant in

1  Plaintiff LIU's original complaint and is the only Defendant that has appeared in the action to
2  date;
3     THEREFORE the parties respectfully request that the Court approve this stipulation and
4  order that Plaintiff LIU's First Amended Complaint in the form attached hereto as Exhibit 1 may
5  be filed with the Clerk of this Court.
6     Following service, Defendants' shall answer the First Amended Complaint in the manner
7  and in the time required by the FRCP and Local Rule.
8     SO STIPULATED:

Dated: _____September 12, 2005_____

_____
Richard Vaznaugh, Esq.
Law Office of Richard Vaznaugh
Attorney for Plaintiff
XITAN LIU

Dated: _____September 12, 2005_____

_____
Shannon Thorne, Esq.
Morgan, Lewis & Bockius LLP
Attorneys for Defendant
H.L. YOH COMPANY LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____9/15/05_____

_____
The Honorable Marilyn Hall Patel
United States District Court Judge