MELINDA S. RIECHERT, SBN 65504
SHANNON THORNE, SBN 215609
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mriechert@morganlewis.com

Attorneys for Defendant
H.L. YOH COMPANY, LLC

RICHARD J. VAZNAUGH, SBN 173249
LAW OFFICE OF RICHARD J. VAZNAUGH
600 Harrison Street, Suite 120
San Francisco, CA 94107
Tel: 415.593.0076
Fax: 415.593.0093

Attorney for Plaintiff
XITAN LIU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XITAN LIU,<br><br>                Plaintiff,<br><br>    vs.<br><br>H.L. YOH COMPANY, LLC, an entity, AMY GARDNER, it's District Manager, individually and in her official capacity, and SEVERN TRENT LABORATORIES, INC, an entity, dba CHROMALAB, Inc.,<br><br>                Defendants. | Case No. C-05-01178 MHP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT H.L. YOH COMPANY, LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(N.D. CIVIL L.R. 6-1) |

       WHEREAS, Plaintiff Xitan Liu ("Plaintiff") filed his Complaint in this action against Defendant H.L. Yoh Company, LLC (erroneously sued as Yoh Scientific) on March 22, 2005;

       WHEREAS, Plaintiff filed his First Amended Complaint in this action against Defendants on September 20, 2005;

       WHEREAS, Plaintiff served Defendant H.L. Yoh Company, LLC his First Amended

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3560803.1     1     (C-05-01178 MHP)
STIPULATION TO EXTEND TIME FOR DEFENDANT H.L. YOH COMPANY, LLC TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT (N.D. CIVIL L.R. 6-1)

1  Complaint by e-filing on September 20, 2005;

2      WHEREAS, Defendant H.L. Yoh Company, LLC needs additional time to complete its
3  responsive pleading;

4      IT IS HEREBY STIPULATED that Defendant H.L. Yoh Company, LLC shall have until
5  October 18, 2005, to file its responsive pleading to Plaintiff's First Amended Complaint.

6      This stipulation will not alter the date of any event or any deadline already fixed by Court
7  order.

8  
9  Dated: September _____, 2005     MORGAN, LEWIS & BOCKIUS LLP

11  By _____
    Shannon Thorne
12  Attorneys for Defendant
    H.L. YOH COMPANY, LLC

15  Dated: September _30_, 2005     LAW OFFICE OF RICHARD J. VAZNAUGH

17  By _____/s/_____
    Richard J. Vaznaugh
18  Attorney for Plaintiff
    XITAN LLC

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]*

---

1-PA/3560803.1      2      (C-05-01178 MHP)
STIPULATION TO EXTEND TIME FOR DEFENDANT H.L. YOH COMPANY, LLC TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT (N.D. CIVIL L.R. 6-1)

| | |
|---|---|
| 1 | Complaint by e-filing on September 20, 2005; |
| 2 | WHEREAS, Defendant H.L. Yoh Company, LLC needs additional time to complete its |
| 3 | responsive pleading; |
| 4 | IT IS HEREBY STIPULATED that Defendant H.L. Yoh Company, LLC shall have until |
| 5 | October 18, 2005, to file its responsive pleading to Plaintiff's First Amended Complaint. |
| 6 | This stipulation will not alter the date of any event or any deadline already fixed by Court |
| 7 | order. |

Dated: September 29, 2005        MORGAN, LEWIS & BOCKIUS LLP

By _____
Shannon Thorne
Attorneys for Defendant
H.L. YOH COMPANY, LLC


Dated: September ___, 2005        LAW OFFICE OF RICHARD J. VAZNAUGH


By _____
Richard J. Vaznaugh
Attorney for Plaintiff
XITAN LIU

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3560803.1            2            (C-05-01178 MHP)
STIPULATION TO EXTEND TIME FOR DEFENDANT H.L. YOH COMPANY, LLC TO RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT (N.D. CIVIL L.R. 6-1)